

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-09-00403-CV

**THE CITY OF SAN ANTONIO**,
Appellant/Cross-Appellee

v.

**KOPPLOW DEVELOPMENT, INC.,**
Appellee/Cross-Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-08167
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The City of San Antonio's motion for rehearing, if any, and motion for en banc reconsideration, if any, is due on or before March 21, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court